**FILED**
UNITED STATES DISTRICT COURT
DENVER, CO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

JUN 1 8 2009

Civil Action No. **09 - CV - 01428 BnB**

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.)

ROBERT BRANTNER,

    Plaintiff,

v.

BILL RITTER – GOVERNOR OF THE STATE OF COLORADO (In Official and Individual Capacity),
ARISTEDES ZAVARAS – Director of Colorado Department of Corrections (In Official and Individual Capacity),
BARRY PARDUS – Medical Director Colorado Department of Corrections (In Official and Individual Capacity),
JANE or JOHN DOE – Medical Department Administrator for Colorado Department of Corrections at Colorado Territorial Correctional Facility (In Official and Individual Capacity),
DEBORAH MONTOYA – Medical Department Administrator for Colorado Department of Corrections, Minimum Restricted Canon City Correctional Facility (In Official and Individual Capacity), and
UNKNOWN JANE AND JOHN DOES THAT ARE EMPLOYEES OR AGENTS OF THE COLORADO DEPARTMENT OF CORRECTIONS – Whom Have Had at Some Epoch Direct Involvement (In Official and Individual Capacities),

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a cover letter, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Civil Rights Complaint Pursuant to Title 42 U.S.C. § 1983 *et seq*.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described

in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) ___ is not submitted
- (2) _X_ is not on proper form (must use the court's current form)
- (3) ___ is missing original signature by plaintiff/petitioner/applicant
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) ___ other _____

**Complaint or Petition:**
- (10) ___ is not submitted
- (11) _X_ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the plaintiff/petitioner/applicant
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 17th day of June, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '09 - CV - 01428

Robert Brantner
716 S. Joe Martinez Drive
Pueblo West, CO 81007

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on 6/18/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk