**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 09-cv-01428-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 22, 2010 | **Courtroom Deputy:** Linda Kahoe |

ROBERT BRANTNER,                                       *Pro se*

    Plaintiff,

    v.

ARISTEDES ZAVARAS,                                Christopher Wayne Alber

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: MOTION HEARING**
**Court in session:** 1:26 p.m.
Court calls case. Appearance of counsel. *Also present is Debbie Brantner.*

Mrs. Brantner requests to speak on behalf of her husband and to obtain a copy of the transcript of today's hearing. The court advises Mrs. Brantner of the Federal Rules of Civil Procedure regarding representation. The court advises Mrs. Brantner regarding copies of transcripts.

Discussion regarding Plaintiff's Motion, doc #[24], filed 12/30/2009.

**ORDERED**: Plaintiff's Motion for Order Compelling Defendants to Make Full Disclosure and to Cooperate in Discovery Pursuant to Fed.R.Civ.P. Rules 26 and 37, et seq, doc #[24] is **DENIED**. The Motion to Set the Matter for a Hearing, doc #[24], is **GRANTED**.

The court will issue a Recommendation regarding Defendant's Motion to Strike Plaintiff's Renewed Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(a)(1); (c); et seq and D.C.Colo.LCivR 56.1, doc #[22], filed 12/28/2009; Defendant's Motion to Dismiss, doc #[16], filed 10/23/2009; and Plaintiff's Renewed Motion for Summary Judgment Pursuant to Fed.R.Civ.P. Rule 56(a)(1); (c); et seq, and D.C.COLO.LCivR 56.1, doc #[20], filed 12/2/2009.

HEARING CONCLUDED.
**Court in recess**:          2:26 p.m.
Total time in court:     01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.